**UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF LOUISIANA**

**RACHEL HOBSON, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                             **NO. 15-1480**

**ABE DEVELOPMENT, LLC, ET AL.**                       **SECTION "B"(4)**

                           **ORDER AND REASONS**

    Before the Court is Plaintiffs' "Motion to Review the Magistrate Court's Order of September 1, 2016, R. Doc. 50." Rec. Doc. 69. Defendants timely filed an opposition. Rec. Doc. 91.

    The Magistrate Judge's September 1, 2016 ruling mistakenly identified state and federal claims when in fact only federal claims remained after an August 2015 amended complaint was filed. Rec. Docs. 3, 50. However, with the December 2015 amendments to the Federal Rules of Civil Procedure, courts <u>and</u> parties are jointly responsible for securing the just, speedy, and inexpensive determination of every action and proceeding. Fed. R. Civ. P. 1. In so doing, the amended federal rules on discovery, as recognized by the Magistrate Judge, re-emphasize a long-time practice in most federal courts. Specifically, the discovery sought must be proportional to the needs of the case and courts retain the discretionary authority to regulate the time of discovery. Fed. R. Civ. P. 26. The Magistrate Judge recognized the discoverability of financial information at issue for a viable punitive damages claim. In balancing all of the above factors and amended rules, we find

her ruling is fair and reasonable on facts and law for reasons we assign above. Accordingly,

**IT IS ORDERED** that the motion is **DISMISSED**.

New Orleans, Louisiana, this 18th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE