UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RACHEL HOBSON, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                    **NO. 15-1480**

**ABE DEVELOPMENT, LLC, ET AL.**                             **SECTION "B"(4)**

## ORDER

Considering Plaintiffs' "*Ex Parte* Motion to Dismiss Mohammad Quraan as a Defendant" (Rec. Doc. 103),

**IT IS ORDERED** that the motion is **GRANTED**. All claims against Defendant Mohammad Quraan are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE